UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL ARDEN JONES SR.,<br><br>　　　　　　　Plaintiff,<br><br>　　-against-<br><br>RICHARD FAIRBANK, et al.,<br><br>　　　　　　　Defendants. | 16-CV-9526 (LAP)<br><br>CIVIL JUDGMENT |

　　　Pursuant to the order issued June 8, 2016, dismissing the complaint,

　　　IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

　　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

　　　IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:　June 8, 2016
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge